WR-83,479-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/14/2015 4:18:30 PM
Accepted 12/15/2015 8:07:06 AM
ABEL ACOSTA
CLERK

# The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce, Suite 400
Dallas, Texas 75201
Direct: (972) 802−1788
Facsimile: (972) 236−0088
Email: Niles@appealstx.com

December 14, 2015

Mr. Abel Acosta
Clerk of the Court
Texas Court of Criminal Appeals
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re: *Ex. parte Ricky Joseph Martinez*; WR-83,479-01; and WR-83,479-02

Dear Mr. Acosta:

Article 11.07, § 7 of the Code of Criminal Procedure requires that the Applicant receive copies of all answers, motions, pleadings, and orders. To facilitate your duties under this section, I am writing to inform you that Mr. Ricky Joseph Martinez has a new mailing address. That address is as follows:

Mr. Ricky Joseph Martinez
Dominguez Unit
6535 Cagnon Road
San Antonio, TX 78252-2202
TDCJ No. 02002758

If I can be of any further assistance, then please let me know.

Sincerely,

/s/ Niles Illich
Niles Illich, Ph.D., J.D.

CC:
Mr. Britt Lindsey
District Attorney, Taylor County
300 Oak St., Suite 300
Abilene, TX 79602
Email: LindseyB@taylorcountytexas.org